# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HOT SPRINGS DIVISION

**MARY B. MORGAN**                                                                     **PLAINTIFF**

vs.                                       **Civil No. 4:17-cv-04021**

**NANCY A. BERRYHILL**                                            **DEFENDANT**
**Acting Commissioner, Social Security Administration**

## JUDGMENT

Comes now the Court on this the 17th day of September 2018, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

                                                                           /s/ Barry A. Bryant
                                                                           HON. BARRY A. BRYANT
                                                                           U. S. MAGISTRATE JUDGE